UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

ERWIN PHILLIPS BURLEY

CASE NO. 3:26-cr-23-MMH-PDB
18 U.S.C. § 1591
18 U.S.C. § 2422(a)
18 U.S.C. § 2421(a)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Sex Trafficking by Means of Force, Fraud, and Coercion)

Beginning in or about February 2024, and continuing through at least in or about May 2025, in the Middle District of Florida, and elsewhere, the defendant,

ERWIN PHILLIPS BURLEY,
a/k/a "Blu Jay,"

in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain a person, that is Victim 1, while knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause Victim 1 to engage in a commercial sex act.

All in violation of 18 U.S.C. § 1591.

### COUNT TWO
(Sex Trafficking by Means of Force, Fraud, and Coercion)

Beginning in or about February 2024, and continuing through at least in or about May 2025, in the Middle District of Florida, and elsewhere, the defendant,

ERWIN PHILLIPS BURLEY,
a/k/a "Blu Jay,"

in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain a person, that is Victim 2, while knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause Victim 2 to engage in a commercial sex act.

All in violation of 18 U.S.C. § 1591.

## COUNT THREE
### (Enticement to Travel to Engage in Prostitution)

From a date in 2024, continuing through on or about August 22, 2024, in the Middle District of Florida, and elsewhere, the defendant,

ERWIN PHILLIPS BURLEY,
a/k/a "Blu Jay,"

did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, an individual, that is, Victim 1, to travel in interstate commerce to engage in prostitution.

In violation of 18 U.S.C. § 2422(a).

## COUNT FOUR
### (Enticement to Travel to Engage in Prostitution)

From a date in 2024, continuing through on or about May of 2025, in the Middle District of Florida, and elsewhere, the defendant,

ERWIN PHILLIPS BURLEY,
a/k/a "Blu Jay,"

2

did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, an individual, that is, Victim 2, to travel in interstate commerce to engage in prostitution.

In violation of 18 U.S.C. § 2422(a).

## COUNT FIVE
### (Transportation to Engage in Prostitution)

On or about September 20, 2024, in the Middle District of Florida, and elsewhere, the defendant,

ERWIN PHILLIPS BURLEY,
a/k/a "Blu Jay,"

did knowingly transport an individual, that is, Victim 2, in interstate commerce from the Middle District of Florida to Texas with the intent that Victim 2 engage in prostitution.

In violation of 18 U.S.C. § 2421(a).

## COUNT SIX
### (Transportation to Engage in Prostitution)

On or about September 25, 2024, in the Middle District of Florida, and elsewhere, the defendant,

ERWIN PHILLIPS BURLEY,
a/k/a "Blu Jay,"

did knowingly transport an individual, that is, Victim 2, in interstate commerce from Texas to the Middle District of Florida with the intent that Victim 2 engage in prostitution.

In violation of 18 U.S.C. § 2421(a).

## COUNT SEVEN
(Transportation to Engage in Prostitution)

On or about October 3, 2024, in the Middle District of Florida, and elsewhere, the defendant,

ERWIN PHILLIPS BURLEY,
a/k/a "Blu Jay,"

did knowingly transport an individual, that is, Victim 2, in interstate commerce from the Middle District of Florida to Tennessee with the intent that Victim 2 engage in prostitution.

In violation of 18 U.S.C. § 2421(a).

## COUNT EIGHT
(Transportation to Engage in Prostitution)

On or about October 9, 2024, in the Middle District of Florida, and elsewhere, the defendant,

ERWIN PHILLIPS BURLEY,
a/k/a "Blu Jay,"

did knowingly transport an individual, that is, Victim 2, in interstate commerce from Tennessee to the Middle District of Florida with the intent that Victim 2 engage in prostitution.

In violation of 18 U.S.C. § 2421(a).

## COUNT NINE
(Transportation to Engage in Prostitution)

On or about a date in October or November 2024, in the Middle District of Florida, and elsewhere, the defendant,

ERWIN PHILLIPS BURLEY,
a/k/a "Blu Jay,"

did knowingly transport an individual, that is, Victim 2, in interstate commerce from the Middle District of Florida to Georgia with the intent that Victim 2 engage in prostitution.

In violation of 18 U.S.C. § 2421(a).

## COUNT TEN
**(Transportation to Engage in Prostitution)**

On or about a date in mid-December 2024, in the Middle District of Florida, and elsewhere, the defendant,

ERWIN PHILLIPS BURLEY,
a/k/a "Blu Jay,"

did knowingly transport an individual, that is, Victim 2, in interstate commerce from the Georgia to Middle District of Florida with the intent that Victim 2 engage in prostitution.

In violation of 18 U.S.C. § 2421(a).

## COUNT ELEVEN
**(Transportation to Engage in Prostitution)**

On or about a date in late December 2024, in the Middle District of Florida, and elsewhere, the defendant,

ERWIN PHILLIPS BURLEY,
a/k/a "Blu Jay,"

did knowingly transport an individual, that is, Victim 2, in interstate commerce from the Middle District of Florida to Georgia with the intent that Victim 2 engage in prostitution.

In violation of 18 U.S.C. § 2421(a).

## **FORFEITURE**

1. The allegations contained in Counts One through Eleven are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 1594 and 2428.

2. Upon conviction of a violation of 18 U.S.C. § 1591, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 1594, any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3. Upon conviction of a violation of 18 U.S.C. §§ 2421 and/or 2422, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 18 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

GREGORY W. KEHOE
United States Attorney

By: _____
LAURA COFER TAYLOR
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
2/10/26 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ERWIN PHILLIPS BURLEY

INDICTMENT

Violations: 18 U.S.C. § 1591, 18 U.S.C. § 2422, and 18 U.S.C. § 2421

A true bill, ███████████

Filed in open court this 11th day

of February, 2026.

_____
Clerk

Bail  $_____

GPO 863 525